```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    )
                             )
      v.                     ) Criminal No. 09-237
                             )
JASON KELLER,                )
      Defendant.             )

## ORDER

AND NOW, this 29th day of March, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 14, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, April 9, 2010 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:


                              s/Gary L. Lancaster         ,J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      Sally A. Frick, Esquire
      1601 Frick Building
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services